AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

Nagee Jones
*Defendant*

Case No. 3:14-cr-30015-MGM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ***Nagee Jones*** ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Violation(s) of Supervised Release.

Date: July 18, 2025

/s/Mark G. Mastroianni
*Issuing officer's signature*

City and state: Springfield, Massachusetts

Hon. Mark G. Mastroianni, United States District Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 07/18/2025 , and the person was arrested on *(date)* 08/06/2025
at *(city and state)* Springfield, MA .

Date: 08/06/2025

Christopher Perez
*Arresting officer's signature*

DUSM Christopher Perez
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Nagee Jones

Known aliases:

Last known residence: Springfield, MA

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 1991

Social Security number: 8526

014-

Height: Weight:

Sex: M Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: